A CERTIFIED TRUE COPY

JAN - 7 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 20 2007

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 18 2008

GREGORY C. LANGHAM
CLERK

IN RE: HUMAN TISSUE PRODUCTS LIABILITY LITIGATION

Bryan Shepherd v. Regeneration Technologies, Inc., et al.,
D. Colorado, C.A. No. 1:07-2501 — WDM

MDL No. 1763

## CONDITIONAL TRANSFER ORDER (CTO-35)

On June 21, 2006, the Panel transferred two civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 435 F.Supp.2d 1352 (J.P.M.L. 2006). Since that time, 193 additional actions have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable William J. Martini.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martini.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 21, 2006, and, with the consent of that court, assigned to the Honorable William J. Martini.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy of
the original on file in my office

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By JOHN ICKLAN
Deputy Clerk

# UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

January 7, 2008

William T. Walsh, Clerk
Martin Luther King, Jr. Fed. Bldg.
& U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Re: MDL No. 1763 -- IN RE: Human Tissue Products Liability Litigation

(See Attached CTO-35)

Dear Mr. Walsh:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>December 20, 2007</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ _____
Deputy Clerk

Attachment

cc: Transferee Judge: Judge William J. Martini
    Transferor Judge: Judge Walker D. Miller
    Transferor Clerk: Gregory C. Langham

JPML Form 36

IN RE: HUMAN TISSUE PRODUCTS LIABILITY
LITIGATION

MDL No. 1763

## INVOLVED COUNSEL LIST (CTO-35)

Denise B. Bense
COZEN O'CONNOR
200 Four Falls Corporate Center
Suite 400
W. Conshohocken, PA 19428-0800

Frank W. Coppola
COPPOLA & MARTIN PC
3010 East 6th Avenue
Denver, CO 80206

Joseph J. DePalma
LITE DEPALMA GREENBERG & RIVAS LLC
Two Gateway Center
12th Floor
Newark, NJ 07102-5003

Christopher M. Placittella
COHEN PLACITELLA & ROTH PC
115 Maple Avenue
Red Bank, NJ 07701